

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00352-CR

Joseph Paul **PHILLIPS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR4980W
Honorable Jefferson Moore, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED August 8, 2018.

_____
Luz Elena D. Chapa, Justice